**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6626**

———————

PATRICK ROBINSON,

              Plaintiff - Appellant,

        v.

CECELIA JANISZEWSKI, Northern Regional Jail Medical Admin.
Primecare Medical of West Virginia, Incorporated; JAMES
SPENCER, Northern Regional Jail Administrator; UNKNOWN
DEFENDANT, - Doctor working for Primecare Medical of West
Virginia, Incorporated; UNKNOWN DEFENDANT 1, - Nurse,
working for Primecare Medical of West Virginia,
Incorporated; UNKNOWN DEFENDANT 2, - Nurse working for
Primecare Medical of West Virginia, Incorporated; UNKNOWN
DEFENDANT 3, - Nurse working for Primecare Medical of West
Virginia, Incorporated; UNKNOWN DEFENDANT 4, - Nurse working
for Primecare Medical of West Virginia, Incorporated;
UNKNOWN DEFENDANT 5, - Nurse, working for Primecare Medical
of West Virginia, Incorporated; UNKNOWN CORRECTIONAL
OFFICER(S), No. 1, Northern Regional Jail & Correctional
Facility; UNKNOWN CORRECTIONAL OFFICER(S), Number 2,
Northern Regional Jail & Correctional Facility,

              Defendants - Appellees.

———————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp,
Jr., Senior District Judge.  (5:09-cv-00064-FPS-JSK)

———————

Submitted:  June 24, 2010              Decided:  July 1, 2010

———————

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

―――――――――――

Patrick Robinson, Appellant Pro Se. John Dorsey Hoffman, FLAHERTY, SENSABAUGH & BONASSO, PLLC, Charleston, West Virginia; Chad Marlo Cardinal, WEST VIRGINIA REGIONAL JAIL & CORRECTIONAL FACILITY AUTHORITY, Charleston, West Virginia, for Appellees.

―――――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick Robinson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Janiszewski, No. 5:09-cv-00064-FPS-JSK (N.D. W. Va. Apr. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3